JUDGE McMAHON

12 CIV 4610

Jason M. Drangel (JMD 7204)

Robert L. Epstein (RE8941)

William C. Wright (WCW 2213)

EPSTEIN DRANGEL LLP

Attorneys for Plaintiff

60 East 42nd Street, Suite 2410

New York, NY 10165

Tel: 212-292-5390

Fax: 212-292-5391



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

                                  :

Ontel Products Corporation           :

                                    :

Plaintiff                               :

                                    :             **COMPLAINT**

           v.                        :             Civ. Action No.   12- (          )

                                    :

Amazon.com, Inc.                 :             **JURY TRIAL REQUESTED**

                                    :

Defendant                           :

                                    :

-----------------------------------------------------X

        Plaintiff Ontel Products Corporation, a New Jersey corporation, by and through their undersigned counsel, for its Complaint against Defendant Amazon.com, Inc. ("Defendant"), states as follows:

**JURISDICTION AND VENUE**

        1.       The present Complaint arises under an action for trademark infringement, unfair competition and false designation of origin under 15 U.S.C. § 1051, et seq.

        2.       This Court has jurisdiction over the subject matter by virtue of 28 U.S.C. §§ 1331 and 1338.

1

3.     This Court has personal jurisdiction over Defendant. In particular, Defendant is advertising its business(es) within this State, doing business in this State and commits, on an ongoing basis, acts of trademark infringement, unfair competition and false designation in this District.

4.     Venue lies in this District by virtue of 28 U.S.C. §1391(c).

## PARTIES

5.     Plaintiff is a corporation organized and existing under the laws of the State of New Jersey with its principal place of business in Fairfield, New Jersey.

6.     Defendant is a Delaware corporation with its principal place of business in Seattle, Washington.

## PLAINTIFF'S TRADEMARK RIGHTS

7.     Plaintiff Ontel is a leading marketer of quality, innovative consumer products. Ontel promotes and sells its products through national direct response television commercials commonly called "As Seen On TV." Ontel also markets its products at the retail level by well-known retail and wholesale outlets such as Wal-Mart, Target Stores, Bed Bath & Beyond, CVS and Walgreens. Ontel also promotes and sells its products through the Internet.

8.     Ontel is among the most well-known, well-respected sources of many of the most popular As Seen On TV products sold in the United States including recent successes such as TURBO SNAKE, IRON GYM, SWIVEL SWEEPER and SURE CLIP, among many other products.

9.     In 2010, CJ Products granted Ontel the exclusive license to manufacture, market, advertise and promote, sell, offer for sale and distribute PILLOW PETS plush animals.

10.    In 2010, Ontel began to sell PILLOW PETS plush animals to its mass market customers.   Ontel has sold tens of millions of PILLOW PETS plush animals.

11.    In 2012, Ontel began to sell a PILLOW PETS product line extension called DREAM LITES.   DREAM LITES products are PILLOW PETS plush animals with a night light embedded in the body that projects on to walls and ceilings ("Products").

12.    In only a short period of time, DREAM LITES products have become an extremely successful brand extension.

13.    Ontel is the owner of the U.S. Trademark Registration No. 4,140,271 for the mark "DREAM LITES" in International Class 28 (the "Trademark"). The Trademark application was filed on May 20, 2011. The United States Patent and Trademark Office issued the registration on May 8, 2012. The registration is in full force and effect. A true and correct copy of the Trademark registration is attached hereto as **Exhibit A**.

14.    The Trademark has been in use since at least as early as January 2, 2012.

15.    Multiple competitors of the DREAM LITES product have entered the marketplace and are selling similar products.

16.    Defendant operates a well-known and popular website at www.amazon.com (the "Website"), in which both Defendant and third party retailers list products for sale. Visitors to Defendant's Website view and purchase products, which are fulfilled by the third party retailers or directly by Amazon.

17.    Defendant processes the sales from the website and receives a percentage of each sale made by third party retailers; Defendant then remits the balance to the third party retailers on a periodic basis.

18.    Ontel's DREAM LITES product is not available for sale on the Website.

19.     Recently Plaintiff learned that Defendant had placed an advertisement on Google purporting to advertise Plaintiff's DREAM LITES products (the "Advertisement").

20.     The Advertisement stated "DREAM LITES at Amazon.com."

21.     Upon clicking on the Advertisement, one is taken to a page on the Website, which purports to be a listing for DREAM LITES. A true and correct screen capture of the Website result upon clicking on the advertisement is attached hereto as **Exhibit B**.

22.     The listings that result from clicking on the Advertisement does not contain the DREAM LITES product.

23.     The Advertisement is not an advertisement for DREAM LITES at all; in reality it is an advertisement for Ontel's competitors' products.

24.     A search for "DREAM LITES" on the Website also results in a listing of products that are not Ontel's DREAM LITES product. This is the same listings pages as shown in **Exhibit B**.

25.     On March 6, 2012, counsel for Ontel sent an – e-mail to Defendant informing Defendant that "DREAM LITES" is a protected trademark and Defendant was therefore infringing on the Trademark and engaging in unfair competition (the "Letter").

26.     Plaintiff expressed concern that Defendant's use of the Trademark in the Advertisement could result in a likelihood of confusion by the public about the source, sponsorship, or affiliation of the products listed by Defendant on the Website; because the public may believe that the products contained on the Website were somehow authorized by or affiliated with Ontel's DREAM LITES product.

27.     Defendant agreed to discontinue use of DREAM LITES in the Advertisement but not otherwise.

4

28.     If a consumer now searches for "DREAM LITES" through the Google search engine, the resulting Google advertisement states "DREAM LIGHT at Amazon.com." A true and correct screen capture of the Advertisement is attached hereto as **Exhibit C**.

29.     Upon clicking on the Advertisement, one is taken to a page on the Website, which purports to be a listing for DREAM LITES. A true and correct screen capture of the Website result upon clicking on the advertisement is attached hereto as **Exhibit B**.

30.     The listings that result from clicking on the Advertisement does not contain the DREAM LITES product.

31.     The Advertisement is not an advertisement for DREAM LITES at all; in reality it is an advertisement for Ontel's competitors' products.

32.     Ontel attempted to amicably resolve this dispute in good faith.

33.     However, Defendant has not altered or terminated its use of the Trademark in response to the Letter other than as indicated herein.

34.     Defendant's infringement has become willful since Defendant continues to infringe upon the Trademark after notice.

35.     Defendant's infringement upon the Trademark has caused and will continue to cause irreparable injury and damage to Ontel unless and until enjoined by this Court. Monetary relief will not adequately compensate Ontel for all of its injuries.

## COUNT I - TRADEMARK INFRINGEMENT BY DEFENDANT

36.     Ontel adopts and realleges paragraphs 1-35 of the Complaint as if fully set forth herein.

37.     Ontel is the owner of U.S. Trademark Registration No. 4,140,271 for the Trademark.

38.     Defendant's use of "DREAM LITES" or "DREAM LIGHTS" in connection with competing products, is likely to cause confusion by the public about the source, sponsorship, or affiliation of the products listed and sold by Defendant on the Website

39.     On information and belief, Defendant's use of "DREAM LITES" or "DREAM LIGHTS" for competing products has caused actual confusion.

40.     Defendant's use of "DREAM LITES" or "DREAM LIGHTS" has caused, and will continue to cause, irreparable harm to Ontel, and unjust enrichment to Defendant.

41.     Defendant's actions have been and continue to be in complete willful and wanton disregard for the rights of Ontel.

42.     By way of such action, Defendant has violated the exclusive rights of Ontel, which conduct comprises trademark infringement under 15 U.S.C. § 1114. Such conduct will continue unless and until enjoined by this Court.

## COUNT II - FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION AND REPRESENTATION IN VIOLATION OF SECTION 43(A)

43.     Ontel adopts and realleges paragraphs 1-35 of the Complaint as if fully set forth herein.

44.     Defendant's willful and intentional activities are likely to and do create confusion among the relevant public, the trade, and the public at large; are likely to and do deceive the foregoing concerning the origin, sponsorship or approval of the goods sold by Defendant; will otherwise mislead purchasers as to the nature and origin of goods sold by Defendant; and, as a result, severely damage the image of Plaintiff as the source of its goods and as the exclusive owner of its DREAM LITES products.

45.     By reason of the foregoing acts, Defendant has falsely designated the origin of its goods as that of Plaintiff and made false descriptions and representations as to the goods, the

6

ownership of the trademark rights, and the very nature and sponsorship of the goods in violation of Section 43(a) of the U.S. Trademark Act, as amended, 15 U.S.C. Sec. 1125(a).

## COUNT III - UNFAIR COMPETITION BY DEFENDANT

46.     Ontel adopts and realleges paragraphs 1-35 of the Complaint as if fully set forth herein.

47.     Ontel is the owner of U.S. Trademark Registration No. 4,140,271 for the Trademark.

48.     Defendant's use of "DREAM LITES" or "DREAMLIGHTS" in connection with competing products is likely to cause likelihood of confusion by the public about the source, sponsorship, or affiliation of the products listed and sold by Defendant on the Website

49.     On information and belief, Defendant's use of "DREAM LITES" or "DREAMLIGHTS" for competing products has caused actual confusion.

50.     Defendant's use of "DREAM LITES" or "DREAMLIGHTS" has caused, and will continue to cause, irreparable harm to Ontel, and unjust enrichment to Defendant.

51.     Defendant's actions have been and continue to be in complete willful and wanton disregard for the rights of Ontel.

52.     By way of such action, Defendant has violated the exclusive rights of Ontel, which conduct comprises unfair competition, namely, among other things, false designation of origin under 15 U.S.C. § 1125. Such conduct will continue unless and until enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff prays:

A. For judgment to be entered by this Court in favor of Ontel and against Defendant;

B. For entry of a preliminary and permanent injunction enjoining Defendant from using a mark confusingly similar to the Trademark.

C. For compensatory recovery adequate to compensate Ontel for Defendant's actions, including both damage to Ontel and unjust enrichment to Defendant, and, an increase of said compensation due to the willful and wanton nature of Defendant's conduct;

D. An assessment against Defendant of Ontel 's reasonable attorney's fees and costs of suit;

E. For ordering corrective advertising to clarify the consumer confusion; and

F. For such other and further relief as the Court may deem appropriate or just.

## JURY DEMAND

Plaintiff demands a Jury trial on all issues so triable.

Dated: 6/12/12

EPSTEIN DRANGEL LLP

By:_____

Jason M. Drangel (JMD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WCW 2213)
60 East 42nd Street, Suite 2410
New York, NY 10165
Tel: 212-292-5390 / Fax: 212-292-5391

# EXHIBIT A

# United States of America
### United States Patent and Trademark Office

# DREAM LITES

**Reg. No. 4,140,271**

**Registered May 8, 2012**

**Int. Cls.: 11 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

ONTEL PRODUCTS CORPORATION (NEW JERSEY CORPORATION)
21 LAW DRIVE
FAIRFIELD, NJ 07004

FOR: ELECTRIC NIGHT LIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-2-2012; IN COMMERCE 1-2-2012.

FOR: PLUSH TOYS; PLUSH TOYS WITH BUILT IN ELECTRIC NIGHT LIGHTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-2-2012; IN COMMERCE 1-2-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIGHTS", APART FROM THE MARK AS SHOWN.

SN 85-325,596, FILED 5-20-2011.

LEIGH LOWRY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



FREE One-Day Shippi
Just in time for Father'

Hello, Jason
Your Account ▾

Choose a Departm

jason's Amazon.com   Today's Deals   Gift Cards   Help

Search   All ▾   dream lites        Go

"dream lites"

Related Searches: dream lights, dream lites pillow pets, dreamlites.

Showing 1 - 16 of 708 Results

1.   **Cloud b Twilight Constellation Night Light, Sea Turtle** by Cloud b
Buy new: $34.00 $28.51
33 new from $28.25
★★★★☆ ▷ (381)
Get it by Tuesday, Jun 12 if you order in the next 9 hours and choose one-day shipping.
Free Super Saving Shipping & Free Returns  See Details
Baby: See all 15 Items

2.   **Cloud b Twilight Constellation Night Light, Lady Bug** by Cloud b
Buy new: $32.00 $23.61
50 new from $20.75   1 used from $20.54
Get it by Tuesday, Jun 12 if you order in the next 9 hours and choose one-day shipping.
★★★★★ ▷ (1,606)
Free Super Saving Shipping & Free Returns  See Details
Toys & Games: See all 47 items

3.   **Cloud B Twilight Pink Ladybug - Night Light; no. CLB7353PK** by Cloud B
Buy new: $34.99 $29.99
29 new from $29.69
Get it by Tuesday, Jun 12 if you order in the next 7 hours and choose one-day shipping.
Only 7 left in stock - order soon.
★★★★☆ ▷ (62)
Eligible for FREE Super Saver Shipping.
Baby: See all 15 Items

4.   **My Pillow Pets - Rainbow Unicorn - 18" Large Plush Toy** by My Pillow Pets
Buy new: $39.99
5 new from $39.99
Only 3 left in stock - order soon.
★★★★★ ▷ (10)
Manufacturer recommended age: 6 Months - 15 Years
Toys & Games: See all 47 items

5.
**Summer Infant Slumber Buddies, Butterfly** by Summer Infant, Inc.

Buy new: $24.99 $22.49
8 new from $22.49
In Stock
★★★★☆ (29)
Free Super Saving Shipping & Free Returns  See Details
Baby: See all 15 Items

6.
**Cloud B Two Piece Combo Set - One Twilight Turtle & One Twilight Lady Bug** by Cloud B

Buy new: $69.99 $56.99
5 new from $49.99
In Stock
★★★★★ (33)
Home & Kitchen: See all 32 Items

7.
**My Pillow Pets Tardy Turtle - Large (Green)** by My Pillow Pets

Buy new: $24.99 $16.00
11 new from $16.00
In stock. Processing takes an additional 4 to 5 days.
★★★★☆ (32)
Manufacturer recommended age: 36 Months and up
Toys & Games: See all 47 Items

8.
**Dream Drop Lights - Set of 12 Double Sided 14" Blue LED Light Tubes with Snowfall Light Effect** by Dream Drop Lights

Buy new: $180.00
Only 5 left in stock - order soon.
Home & Kitchen: See all 32 Items

9.
**Twilight Ladybug Constellation Nightlight** by Cloud B

Available at external website: InvitationBox for $26.95
★★★★★ (1,606)
Baby: See all 15 Items

10.
**My Pillow Pets Penguin 18"** by My Pillow Pets

Buy new: $24.99 $13.00
19 new from $12.54
In stock. Processing takes an additional 4 to 5 days.
★★★★★ (94)
Manufacturer recommended age: 36 Months and up



**11.** Twilight Turtle AND Sea-Turtle Constellation Nightlight GIFT PACK (2 items) from Cloud B by Cloud b

Buy new: **$53.99**
4 new from $53.99
Only 5 left in stock - order soon.
★★★★★ ▷ (8)
Baby: See all 15 items

**12.** Lullaby Light Cube Soothing Star Projector- Portable Travel Soother and Musical Night Light by Giant Steps

Buy new: $24.95 **$9.95**
Get it by Tuesday, Jun 12 if you order in the next 8 hours and choose one-day shipping.
★★★☆☆ ▷ (20)
Eligible for FREE Super Saver Shipping.
Baby: See all 15 items

**13.** My Pillow Pets Pink Butterfly - Pink by My Pillow Pets

Buy new: **$44.95**
2 new from $44.95
Only 3 left in stock - order soon.
★★★★☆ ▷ (14)
Manufacturer recommended age: 36 Months and up
Toys & Games: See all 47 items

**14.** Lily's Home Starry Night Projector and Sound Shooter. With 6 Lullabies and 4 Nature Sounds. Large LCD Alarm Clock by Lily's Home

Buy new: **$15.97**
3 new from $15.97
Get it by Tuesday, Jun 12 if you order in the next 9 hours and choose one-day shipping.
★★★☆☆ ▷ (9)
Eligible for FREE Super Saver Shipping.
Baby: See all 15 items

**15.** My Pillow Pets Miss Lady Bug 18" by My Pillow Pets

Buy new: $24.99 **$8.01**
41 new from $7.99
Only 11 left in stock - order soon.
★★★★☆ ▷ (117)
Manufacturer recommended age: 36 Months and up
Toys & Games: See all 47 items

**16.** Kid' Sleep Classic, Blue by Claessens' Kids
Buy new: $39.99 $37.95



**Twilight Ladybug Pink Nightlight** by Cloud B

Available at external website: InvitationBox for $28.95

Baby: See all 14 items

21.

**Uncle Milton Dream Fairy Room Light** by Uncle Milton

Buy new: $24.99 $14.82
51 new from $14.82
★★★★☆ ▷ (4)

Eligible for FREE Super Saver Shipping.

Manufacturer recommended age: 5 - 10 Years

Toys & Games: See all 47 Items

22.

Buy new: $34.99 $32.95
8 new from $28.94

Get it by **Tuesday, Jun 12** if you order in the next 1 hour and choose one-day shipping.

Only 5 left in stock - order soon.

Eligible for FREE Super Saver Shipping.

Toys & Games: See all 47 Items

**NEEWER® LED STAR SKY PROJECTION DIGITAL ALARM CLOCK** by Neewer

Buy new: $10.11
★★★☆☆ ▷ (13)

Eligible for FREE Super Saver Shipping.

Home & Kitchen: See all 32 Items

23.

Get it by **Tuesday, Jun 12** if you order in the next 6 hours and choose one-day shipping.

**Cloud B Twilight PINK Ladybug, Toy Transforms Room To Starry Night Sky by Cloud B**

Buy new: $36.95
In Stock
★★★★★ ▷ (1)

Home & Kitchen: See all 32 Items

24.

Get it by **Tuesday, Jun 12** if you order in the next 7 hours and choose one-day shipping.

**My Pillow Pets Dog 18" by My Pillow Pets**

Buy new: $24.99 $12.00
24 new from $12.00

In stock. Processing takes an additional 4 to 5 days.
★★★★☆ ▷ (66)

Manufacturer recommended age: 36 Months and up

25.



Home & Kitchen: See all 32 items

40.

**Uncle Milton Rainbow In My Room** by Uncle Milton

Buy new: ~~$29.99~~ $18.15

70 new from $12.99

Get it by Tuesday, Jun 12 if you order in the next 5 hours and choose one-day shipping.

★★★★☆ ▷ (169)

Eligible for FREE Super Saver Shipping.

Manufacturer recommended age: 5 Years and up

Toys & Games: See all 47 items

41.

**Miller Lite Beer Logo Brushed Metal Tin Sign** by Poster Revolution

Buy new: ~~$25.00~~ $16.90

4 new from $12.95

In stock. Processing takes an additional 2 to 3 days.

10% off 2 or more PosterRevolution items  See Details

Home & Kitchen: See all 32 items

42.

**Miller Lite Beer Logo Brushed Metal Tin Sign** by Poster Revolution

Buy new: ~~$25.00~~ $16.86

2 new from $12.95

In stock. Processing takes an additional 2 to 3 days.

10% off 2 or more PosterRevolution items  See Details

Home & Kitchen: See all 32 items

43.

**Rainbow Over My Bedroom** by Victoria's Deco

Buy new: $14.74

10 new from $8.75

Get it by Tuesday, Jun 12 if you order in the next 6 hours and choose one-day shipping.

Only 12 left in stock - order soon.

★★★★☆ ▷ (33)

Eligible for FREE Super Saver Shipping.

Toys & Games: See all 47 items

44.

**Coors Light Frosted Beer Tin Sign** by Poster Revolution

Buy new: ~~$25.00~~ $9.99

4 new from $9.99

In Stock

10% off 2 or more PosterRevolution items  See Details

Home & Kitchen: See all 32 items

45.

Muscle Pote STARTER Kit by Carol Wright Gifts



**84.**

★★★★☆ ☑ (103)

Eligible for FREE Super Saver Shipping.

Sell this back for an Amazon.com Gift Card

Books: See all 301 items

Get it by Tuesday, Jun 12 if you order in the next 7 hours and choose one-day shipping.

**Star Master Colorful Starry Night Cosmos Projector Bed Side Lamp** by Dragonext

Buy new: **$14.15**

4 new from $12.99     1 used from $11.92

Get it by Tuesday, Jun 12 if you order in the next 6 hours and choose one-day shipping.

★★★☆☆ ☑ (38)

Eligible for FREE Super Saver Shipping.

Office Products: See all 15 items

**85.**

**Barefoot Dreams Bamboo Chic Lite Calypso Wrap** by Barefoot Dreams

Buy new: **$87.95**

2 new from $87.95

Clothing & Accessories: See all 13 items

**86.**

**Hello Kitty: Big City Dreams** by Zoo Games (Video Game - Nov 11, 2008) - Nintendo DS

Buy new: $19.99 **$18.45**

25 new from $12.79     16 used from $9.39

Get it by Tuesday, Jun 12 if you order in the next 5 hours and choose one-day shipping.

★★★★☆ ☑ (33)

Eligible for FREE Super Saver Shipping.

ESRB Rating: Everyone

Trade in this video game item for an Amazon.com Gift Card

Video Games: See all 46 items

**87.**

**Dream Essentials Sweet Dreams Contoured Sleep Mask with Earplugs and Carry Pouch, Black** by Dream Essentials

Buy new: $9.95 **$8.95**

★★★★☆ ☑ (454)

Health & Personal Care: See all 9 items

**88.**

**Altec Lansing IMT810 Digital Boombox** by Altec Lansing

Buy new: $299.95 **$215.00**

16 new from $210.80     5 used from $202.12

Get it by Tuesday, Jun 12 if you order in the next 2 hours and choose one-day shipping.

★★★★☆ ☑ (78)

Eligible for FREE Super Saver Shipping.

# EXHIBIT C

dream lights - Google Search

Jessica drangel

th   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More ▾

dream lights

About 297,000,000 results (0.23 seconds)

Ads related to dream lights                                    Why these ads?

**Dream Lites Official Site | DreamLites.com**
www.dreamlites.com/
Turns ceiling into a starry sky Comforting bedtime night lite

Snuggly Puppy          All Lites
Rainbow Unicorn        TV Commercial

**Dream Lights at Amazon | Amazon.com**
www.amazon.com/
amazon.com is rated ★★★★★ 7,155 reviews
Buy **dream lights** at Amazon! Qualified orders over $25 ship free

**The Official TV Site of Dream Lites**
dreamlites.com/
As Seen on TV **Dream** Lites - From the Creators of Pillow Pets. ... One can switch the
**light** into timer mode which will cause the **light** to shut off automatically after ...

Shopping results for **dream lights**

Fred DRU          Fred FRE50         **Dream Drop**        **Dream Baby**       **Dream Baby -**
**Dreamlights**    **Dreamlights**    **Lights - Set of**   **Motion Sensor**    **Tee Zed**
Fireflies in A Jar Solar Powered    12 Double Sided      LED Night Light      Products L8041
$24               $25                $180                 $12                  $8

**Dream Lights**
www.neatoshop.com/product/Dream-Lights
**Dream Lights** This magic lamp will surely brighten your night and your spirits. As it
gently winks and blinks you'll fall asleep like a child to happy memories of ...

**Amazon.com: Dreamlights Magical Flickering Lights Jar: Home ...**
www.amazon.com/Dreamlights-Magical...Lights-Jar/.../B004U6PQU...
★★★☆ Rating: 3.9 - 8 reviews - $25.70 - In stock
Our **Dream Lights** Flickering Lamp will light up your night with magic! Small lights
dance inside the jar to light up your room or your patio table with an ambiance ...

Prakash R Chandran
Re: Dunnelberg
Dear Jason:
Our company secretary in Mumbai

.com – Listen to the Best of Onli... × | 360 Law360: Intellectual Property: Lawsu... × | dream lite - Google Search × | My Yahoo!

s://www.**google**.com/search?q=dream+lite&ie=utf-8&oe=utf-8&aqt=t&rls=org.mozilla:en-US:official&client=firefox-a

CBS New York ⬥ PHOTOS TO CANVAS 🎨 Getting Started 📄 Latest Headlines **PE** How to Apply Stick on...

Sep 14, 2009 - 3 min - Uploaded by johns07
**Dreamlite** is a cool digital LED animated floor lamp.

▶ 8:41



More videos for **dream lite** »

**Dreamlite Photowork | Facebook**
www.facebook.com/pages/Dreamlite-Photowork/104549282913818
Facebook is a social utility that connects people with friends and others who work, study
and live around them. People use Facebook to keep up with friends, ...

Shopping results for **dream lite**

Deuter **dreamlite** 500 sleeping bag
$84.95 - Amazon.com
**Dream** Drop Lights - Set of 12 Double Sided 14" Blue LED ...
$160 - 4 stores
**Dream** On Me, Feather Light Stroller, Pink
★★★★★ 9 reviews - $55 - 4 stores - ♀Nearby stores

Ads for dream lite                                                    Why these ads?

**Dream Light at Amazon.com**
www.amazon.com/
amazon.com is rated ★★★★★ 7,584 reviews
Buy **dream light** at Amazon! Qualified orders over $25 ship free

**Dream Lites**
www.ebay.com/
ebay.com is rated ★★★★★ 2,039 reviews
Great deals on new and used items. Bid or buy on eBay with confidence!
12,546 people +1'd this page

**Dreamlite**
www.shopzilla.com/
Bargain Prices. Smart Deals. Save on **Dreamlite**!

Searches related to **dream lite**

**dream** light                    comments **dream lite** mattress
**dream lite** leos               **dream lite** eyewear
**dream lite** natural pedic mattress    **dream lite** photography
bob s **dream lite**              **dream lite** leotards

Goooooooooogle >
1 2 3 4 5 6 7 8 9 10    Next

Advanced search    Search Help    Business Solutions    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google